UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK LEE MILLER and JULIE ANN SCHERF, personally and as the personal representatives of the minor children, C.R.M. and L.A.M., <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR COURT OF WASHINGTON, et al., <br><br> Defendants. | No. CV-07-3107-RHW <br><br> REPORT AND RECOMMENDATION TO CLOSE FILE |

By Order filed December 21, 2007, the Plaintiffs were directed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.

There has been no response to the court's Order. Accordingly, **IT IS RECOMMENDED** the file of the captioned matter be **CLOSED**.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying any the portions to which objection is being made, and the basis therefor. Any response to the objection

REPORT AND RECOMMENDATION TO CLOSE FILE - 1

shall be filed within ten (10) days after receipt of the objection. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The Clerk of the Court is directed to file this Report and Recommendation and provide a copy to Plaintiff and to Chief Judge Whaley.

DATED March 31, 2008.

          S/ CYNTHIA IMBROGNO
     UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO CLOSE FILE - 2