UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK LEE MILLER and JULIE ANN SCHERF, personally and as the personal representatives of the minor children, C.R.M. and L.A.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR COURT OF WASHINGTON, et al.,<br><br>Defendants. | NO.  CV-07-3107-RHW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on March 31, 2008, recommending that above-captioned case be closed. Objections to the Report and Recommendation were due on April 16, 2008. There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The District Court Executive is directed to **close** the above-captioned case.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Plaintiffs and close the file.

**DATED** this 20th day of May, 2008.

S/ Robert H. Whaley
ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2007\MILLER.orderadopting.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 1